# Higbee & Associates

A NATIONAL LAW FIRM

January 16, 2023

**LETTER**
**FILED VIA ECF**

Hon. Vincent L. Bricetti
United States District Judge
300 Quarropas St.
White Plains, New York

RE: **Byron Smith v. Law Office of Richard St. Paul, Esq., PLLC**
**Case 7:22-cv-05648-VB**

Dear Judge Bricetti,

  Pursuant to your December 19, 2022 Order, I write this letter on behalf of both Plaintiff and Defendant to provide the Court with a status update regarding the Parties' settlement discussions.
  On January 10, 2023, I conferred with Mr. Richard St. Paul, the owner of Law Offices of Richard St. Paul, Esq., PLLC, regarding settlement. We exchanged offers and discussed the merits of the case. Unfortunately, we were unable to come to a resolution and our positions appear much too far apart to settle the case without court intervention
  At this time, Plaintiff will await the Defendant's response to the Complaint and proceed with this action in Court accordingly.

              Sincerely,

              **/s/Taryn Rose Murray**
              Taryn Rose Murray, Esq.
              *Attorney for Plaintiff*

**Corporate HQ** 1504 Brookhollow Dr., Suite 112 Santa Ana, CA 92705
**Phone** (714) 617-8385   **Fax** (714) 617-8511   **Web** higbeeassociates.com