

office: **914.517.7568** | fax: **914.517.7569**

www.thestpaullawfirm.com

rstpaul@thestpaullawfirm.com

445 Hamilton Ave | Suite 1102 | White Plains, NY 10601

March 8, 2023

The Honorable Vincent Briccetti
United States District Court
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**Re:     Smith v. Law Office of Richard St. Paul, Esq., PLLC, 7:22-cv-05648-VB**

Dear Judge Briccetti

      I am the principal attorney of the Defendant law firm in the above captioned-action. I write in reference to the Court's February 7, 2023 Order rejecting Defendant's reply memo. In or about February 23, 2023, I made Defendant's first request to extend time to respond to Plaintiff's memo in opposition. Plaintiff consented to Defendant's time to respond to March 6, 2023. Counsel requested the extension of time due to the fact that our firm's Of Counsel had COVID which greatly reduced our firm's resources. I apologize for this mea culpa in not forwarding this




office: **914.517.7568** | fax: **914.517.7569**

www.thestpaullawfirm.com

rstpaul@thestpaullawfirm.com

445 Hamilton Ave | Suite 1102 | White Plains, NY 10601

information to the Court earlier. Based on the foregoing, I respectfully request that the Court reconsider Defendant's reply memo.

Thank you for your consideration.

If you have any questions, please do not hesitate to contact me at (914) 517-7658.

Very truly yours,

/s// Richard St. Paul

Richard St. Paul, Esq.