# The Law Offices of Roger S. Thompson
116 Pinehurst Ave., Suite D-14
New York, New York 10033
Phone: (212) 923-5145
Fax: (866) 276-8409 roger@thompson-ip.com

July 13, 2023

**By ECF**
Hon. Victoria Reznik, U.S.M.J.
United States Courthouse 300
Quarropas St.
White Plains, New York

**MEMO ENDORSED**

Re:  Byron Smith v. Law Office of Richard St. Paul, Esq., PLLC
     7:22-cv-05648-VB
     RST Ref.: 6047-011

Dear Judge Reznik:

I represent the named defendant, the Law Office of Richard St. Paul, Esq., PLLC, in the above-captioned action.

I hereby request an adjournment of one week of the deadline of July 14, 2023 for filing a response to the Plaintiff's Letter-Motion seeking a pre-motion conference [Dkt. 53]. I intend to use the extension to further explore the possibility of settlement of the case with opposing counsel.

This is the Second Request for an extension of this deadline. The first request was granted.

I have this date attempted to reach Plaintiff's counsel, Taryn Rose Murray, Esq., but been unable to reach her this afternoon.

During this past week's extension, I have had discussions with opposing counsel, but missed her last e-mail to me providing information relevant to settlement, and therefore did not respond thereto. I still believe that a reasonable settlement may be reached between the parties and further believe that one additional week should be sufficient time to accomplish this goal.

Early and favorable consideration is respectfully solicited.

Yours Truly,
THE LAW OFFICES OF ROGER S. THOMPSON
/s/ Roger S. Thompson
Roger S. Thompson (RT 2117)

cc:  Taryn Rose Murray, Esq. (*via* ECF)

Dated:
July 14, 2023

SO ORDERED.
[signature]
Hon. Victoria Reznik, U.S.M.J.

Defendant's request is GRANTED in part.

Defendant's response to Plaintiff's Letter-Motion [ECF No. 53] is due Tues. 7/18. There will be no further extensions without consent of both parties.

The parties are reminded that a telephonic Initial Case Management Conference is scheduled for 7/20 at 10:00 am, and that three business days beforehand the parties are to submit the joint proposed case management plan that was attached to Hon. Reznik's 6/30 Order. [ECF No. 55].