UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Bryon Smith,

                      Plaintiffs,

        -against-

Law Office of Richard St. Paul, Esq., PLLC.,

                      Defendant.

-----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

7:22-cv-05648-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

    A Status Conference (via telephone) is hereby scheduled for February 1, 2024 at 10:30 AM. The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739, then # to enter the conference.

    **SO ORDERED.**

DATED:    White Plains, New York
                January 18, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge